

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-22-00035-CV

Donald William **FLETCHER**, et al.,
Appellants

v.

**TOSCANO PROPERTIES**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV05146
Honorable John Longoria, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs are assessed against the appellants.

It is so **ORDERED** on April 27, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court